**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

| | |
|---|---|
| _____ )<br>Peter ASAN SALTOS )<br>A/K/A Jaime VELASQUEZ )<br> )<br>    Petitioner, )<br> )<br>      v. )<br> )<br>Pamela BONDI, Attorney General, )<br> )<br>    Respondent. )<br>_____ ) | Case No._____<br><br>**PETITION FOR REVIEW<br>OF DHS-ISSUED ORDER** |

Petitioner PETER ASAN SALTOS, a/k/a JAIME VELASQUEZ hereby petitions for review by this Court of his removal order entered by U.S. Immigration and Customs Enforcement (ICE), a component agency of the Department of Homeland Security (DHS), pursuant to 8 U.S.C. § 1231(a)(5). A copy of the order is attached as required by 8 U.S.C. § 1252(c)(1). To date, no court has upheld the validity of the decision. *See* 8 U.S.C. § 1252(c)(2). Jurisdiction is asserted pursuant to 8 U.S.C. § 1252(a)(1). Venue is asserted pursuant to 8 U.S.C. § 1252(b)(2) because DHS issued the § 1231(a)(5) order in New York City, New York, within the jurisdiction of this judicial circuit.

At present, Petitioner is pursuing protection claims in withholding-only proceedings before the Board of Immigration Appeals. *See generally* 8 C.F.R.

1

§ 208.31.[1] Petitioner concurrently is filing a motion to hold the instant petition in abeyance pending the conclusion of review of these proceedings.

The Department of Homeland Security issued the § 1231(a)(5) order on June 16, 2021. This petition was not filed within thirty days of that order. In a landmark decision, on June 26, 2025, the Supreme Court held that the § 1231(a)(5) removal order is the final order for purposes of judicial review even where the petitioner is in ongoing fear-based proceedings. *See Riley v. Bondi*, 606 U.S. 259, 263 (2025).

However, the Supreme Court also held that the 30-day deadline for filing an immigration petition for review at 8 U.S.C. § 1252(b)(1) is a non-jurisdictional claim-processing rule. *Riley*, 606 U.S. at 277. As such, Petitioner will request that Respondent waive any objection to the timeliness of filing the instant petition. If Respondent waives a timeliness objection, the Court can review the instant petition.

Even if Respondent does not waive a timeliness objection, the Court still can review this petition if equitable tolling of the deadline applies and is warranted.[2] If

---

[1] DHS must refer individuals who express a fear of return during § 1231(a)(5) proceedings for a "reasonable fear" interview before an asylum officer. 8 C.F.R. § 208.31. If the asylum officer determines that the person has a "reasonable fear of persecution or torture," DHS places the person in withholding-only proceedings before an immigration judge in which they can apply for withholding of removal and/or protection under the United Nations Convention Against Torture. Any denied application can be appealed to the Board of Immigration Appeals. 8 C.F.R. §§ 208.31(e), 1208.31(e), 208.2(c)(2), 1208.2(c)(2).

[2] On December 30, 2025, Petitioner received a full and unconditional pardon from Governor Kathy Hochul for the 1989 criminal conviction that played a crucial role

Respondents object on grounds of timeliness, Petitioner is alternatively requesting the opportunity to brief the availability of equitable tolling.

Respectfully submitted,

/s/ *Alexandra Zaretsky*

Alexandra Zaretsky
Kate Fetrow
New York Legal Assistance Group
100 Pearl Street, 19th Floor
New York, NY 10004
azaretsky@nylag.org
kfetrow@nylag.org

Dated: March 17, 2026

---

in his original deportation order. This recent development, among other things, supports equitable tolling of the present appeal.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2026, I mailed a copy of the foregoing Petition for Review and the Order on Review using USPS priority mail to the following addresses, in compliance with 8 U.S.C. § 1252(b)(3).

U.S. Department of Justice,
950 Pennsylvania Avenue, NW,
Washington, DC 20530-0001

Director of the New York Field Office,
Department of Homeland Security
U.S. Immigration and Customs Enforcement
26 Federal Plaza, 9th Floor, Suite 9-110
New York, NY 10278

*/s/ Alexandra Zaretsky*

Alexandra Zaretsky
Kate Fetrow
New York Legal Assistance Group
100 Pearl Street, 19th Floor
New York, NY 10004
azaretsky@nylag.org
kfetrow@nylag.org

Dated: March 17, 2026